IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| THOMAS S. RALEY<br><br>*Plaintiff,*<br><br>v.<br><br>WHITESTAKE IMPROVEMENTS LLC, *et al.*<br><br>*Defendant.* | *<br>*<br>*<br>*<br>*   Civil Action No. 1:22-cv-194<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Mary Tod Winchester ("Defendant"), by her undersigned counsel, hereby notices the removal of the action styled *Thomas S. Raley v. Whitestake Improvements LLC, et al.*, currently pending in the Circuit Court for Anne Arundel County, Maryland (the "State Court Action"), Case No. C-02-CV-21-001701. In support, Defendant states as follows:

1. This action is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

2. On December 10, 2021, Plaintiff Thomas S. Raley ("Plaintiff") filed the State Court Action in the Circuit Court for Anne Arundel County, Maryland. Plaintiff served the Summons and a copy of the Complaint on Defendant on December 27, 2021. To the best of Defendant's knowledge, no proceedings related hereto have taken place in the Circuit Court for Anne Arundel County, Maryland. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, and Civil Cover Sheet are attached hereto as **Exhibits 1-3**. Plaintiff's Complaint was the first paper from which Defendant could ascertain that the lawsuit was removable.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty days from December 27, 2021, the date when Defendant received service of Plaintiff's Summons and Complaint.

4. This Court has original subject matter jurisdiction over Plaintiff's federal claims. Plaintiff's Complaint asserts seven (7) counts, consisting of claims under the federal Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201, *et seq.* (Compl. at ¶¶34-53) and claims under Maryland statute and common law. Under 28 U.S.C. § 1331, this Court has original jurisdiction over actions that arise "Under the Constitution, laws, or treaties of the United States." Because Plaintiff's FLSA claims arise under 29 U.S.C. § 201, *et seq.*, a federal law, this Court has original jurisdiction over this matter. *See* 28 U.S.C. § 1331. Accordingly, Defendant may properly remove this action to this Court under 28 U.S.C. § 1441(a).

5. This Court has supplemental jurisdiction over the rest of Plaintiff's claims under 28 U.S.C. § 1441(c) and/or the doctrine of supplemental jurisdiction as set forth in 28 U.S.C. § 1367. The remaining claims consist of one count each alleging violations of the Maryland Wage and Hour Law, MD. CODE ANN., LAB. & EMPL., § 3-401, *et seq.* ("MWHL"); the Maryland Wage Payment and Collection Law, MD. CODE ANN., LAB. & EMPL., § 3-501, *et seq.* ("MWPCL"); breach of contract; defamation; and tortious interference with economic relationships. All of these counts stem from the Plaintiff's alleged employment with Defendant, and therefore are so related to the FLSA claims that they form part of the same case or controversy, and supplemental jurisdiction attaches.

6. Whitestake Improvements LLC and Mary Tod Winchester are the only named defendants. Ms. Winchester consents to this Notice of Removal as evinced by the signature of her counsel below.

7. Upon information and belief, Whitestake remains unserved.

8. Plaintiff originally filed this action in the Circuit Court for Anne Arundel County, Maryland. Pursuant to 28 U.S.C. § 1441(a), this action is properly removed to, and venue is proper in, this Court because this Court: (1) has jurisdiction over Plaintiff's claims; and (2) this division encompasses the county in which this action was pending.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly serve this Notice of Removal on all parties and will promptly file a copy of this Notice of Removal with the Clerk for the Circuit Court of Anne Arundel County, Maryland. A copy of the Notice to State Court of Removal is attached hereto as **Exhibit 4**.

10. By filing this Notice of Removal, Defendant does not waive any available defenses to the claims and damages Plaintiff asserts, or concede that Plaintiff has pled any claim upon which relief may be granted. Defendant disputes Plaintiff's claims, and only contend that Plaintiff's claims, as pled, establish that this Court has jurisdiction under 28 U.S.C. § 1331, and that removal is proper under 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Defendant respectfully removes this action now pending against her in the Circuit Court for Anne Arundel County, Maryland to this Honorable Court, and requests that this Court retain jurisdiction for all further proceedings as appropriate.

Respectfully Submitted,

**ZIPIN, AMSTER & GREENBERG, LLC**

By: */s/ Philip B. Zipin*
Roy Lyford-Pike, Esq. No. 19836
Philip B. Zipin, Esq., No. 03932
8757 Georgia Ave., Suite 400
Silver Spring, Maryland 20910
Phone:   (301) 587 - 9373
Fax:       (240) 839 – 9142
rlpike@zagfirm.com
pzipin@zagfirm.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of January, 2022, a copy of the foregoing was served via email and first class mail, postage prepaid, to:

James L. Ellison, II, Esq.
Jeffrey J. Sadri, Esq.
Bennett & Ellison, P.C.
2086 Generals Highway, Ste. 21401
Annapolis, Maryland 21401
jellison@belawpc.com
jsadri@belawpc.com

*Counsel for Plaintiff*

/s/
Roy Lyford-Pike, Esq.